■ In the Matter of HEMPSTEAD VOLUNTEER FIRE DEPARTMENT et al., Petitioners, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.